IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

SONYA CHARMAINE HAWKINS,

Plaintiff,

v.  CIVIL ACTION NO. 4:13cv15

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

Defendant.

## *ORDER*

Before the Court is the Magistrate Judge's Report and Recommendation on Sonya Charmaine Hawkins's (Plaintiff) action for judicial review of the final decision of the Acting Commissioner of Social Security ("Defendant") denying Plaintiff's claim for disability insurance benefits ('DIB") and Supplemental Security Income ("SSI") pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b), filed December 19, 2013. On June 26, 2013, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On June 18, 2013, Plaintiff filed a Motion for Summary Judgment with Memorandum in Support. On July 25, 2013, Defendant filed a cross-motion for Summary Judgment accompanied by a memorandum in support and in opposition to Plaintiff's motion. On December 19, 2013, the Magistrate Judge filed his report recommending that the Commissioner's decision be **AFFIRMED**, that Defendant's Motion for Summary Judgment be **GRANTED**, that Plaintiff's Motion for Summary

Judgment be **DENIED**. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed December 19, 2013, and it is, therefore **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**. Accordingly, the decision of the Commissioner is **AFFIRMED** and Plaintiff's case is **DISMISSED**.

The Clerk shall mail a copy of this final Order to counsel for both parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
January /0 , 2014

Raymond A. Jackson
United States District Judge